UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

2:11-cv-00064-BO

SRS NORTH CAROLINA PROPERTY, LLC :
and STEPHEN R. SMITH,
        :
    Plaintiffs,               :

vs.                                     :

CROC, LLC,

    Defendant             :

### ORDER FOR DISMISSAL WITH PREJUDICE

THIS CAUSE coming on before the undersigned Judge on motion of the plaintiffs and defendant Croc, LLC for dismissal with prejudice

It further appearing to the court that all matters have been resolved between the parties in a bankruptcy proceeding in the Eastern District of North Carolina.

IT IS NOW THEREFORE ORDERD, ADJUDGED AND DECREED that this cause is hereby dismissed with prejudice.

This __1__ day of June, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE